# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **SPENCER D. MCVEIGH,** | } | |
| **Plaintiff,** | } | |
| v. | } | **CASE NO: 4:11-cv-3799** |
| **BANK OF AMERICA NA et al.,** | } | |
| **Defendants.** | } | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, DISMISSES this case WITHOUT PREJUDICE to reinstatement if any party represents to the court on or before **November 21, 2012**, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 21st day of September, 2012.

_/s/ Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE