FILED
2012 Oct-08  AM 10:10
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| SPENCER D. MCVEIGH and<br>LAUREN R. MCVEIGH | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| v. | ) | NO. 4:11-cv-03799-KOB |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| BAC HOME LOAN SERVICING, L.P., | ) | |
| And MCCALLA RAYMER, LLC, | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Spencer D. McVeigh and Lauren R. McVeigh ("Plaintiffs"), Defendant McCalla Raymer, LLC, and Defendants Bank of America, N.A., in its own right and as successor by merger to BAC Home Loans Servicing, by and through their undersigned counsel of record, hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear their own costs, expenses and fees.

DATED: October 8, 2012

/s/ Vincent F. Saylor    [with express permission]
Vincent F. Saylor, Esq., Attorney for Plaintiffs
GATHINGS LAW
2100 Third Avenue North, Suite 900
Birmingham, AL 35203


/s/ Ray A. Carle        [with express permission]
McCalla Raymer, LLC
2 North 20th Street
Suite 1310
Birmingham, AL  35203

02439775.1

/s/ John David Collins
John David Collins, Attorney for Defendant
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203