# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SPENCER D. MCVEIGH, et al.,** | ] |
| **Plaintiffs,** | ] |
| v. | ]   4:11-cv-3799-KOB |
| **BANK OF AMERICA, N.A., et al.,** | ] |
| **Defendants.** | ] |

## FINAL ORDER

The court, having received the Joint Stipulation of Dismissal With Prejudice (doc. 24), DISMISSES this action WITH PREJUDICE, with each party to bear his, her or its own costs.

DONE and ORDERED this 12th day of October, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE